UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                          CASE NO. 19-11185-BKC-MAM

SANDRA LEONOR SAENZ,              CHAPTER 7

          Debtor.

_____/

**SUMMARY OF FIRST AND FINAL FEE APPLICATION OF ITZCHAK ZECHARIA, ADVOCATE,AND THE LAW OFFICE OF ITZCHAK ZECHARIA, <u>AS SPECIAL ISRAELI COUNSEL TO THE CHAPTER 7 TRUSTEE</u>**

| | | |
|---|---|---|
| 1. | Name of Applicant: | Itzchak Zecharia, Advocate, and the Law Office of Itzchak Zecharia |
| 2. | Role of Applicant: | Special Israeli Counsel to Nicole Testa Mehdipour, Trustee |
| 3. | Name of Certifying Professional: | Itzchak Zecharia, Advocate |
| 4. | Date Case Filed: | January 29, 2019 |
| 5. | Date of Application for Employment: | April 15, 2020 [ECF # 63] |
| 6. | Date of Order Approving Employment: | May 12, 2020 [ECF # 67] |
| 7. | Date of This Application: | March 9, 2026 |
| 8. | Dates of Services Covered: | May 31, 2020 to March 9, 2026 |
| 9. | Amount Trustee Has on Hand: | $541,935[1] |

**Fees:**

| | | |
|---|---|---|
| 10. | Total Amount of Compensation Sought During Case (Exhibit 1) | $210,135.00 |
| 10. | a) Total Compensation with VAT | $247,959.30[2] |

**Expenses:**

| | | |
|---|---|---|
| 11. | Total Amount of Expense Reimbursement Sought During Case (Exhibit 2) | $3,677[3] |

**Total Amount Sought**

| | | |
|---|---|---|
| 12. | Final Fee and Expense Award Requested (inclusive of VAT) | $251,636.3 |

---

[1] This amount is an estimate and based on an exchange rate of 3.1 NIS to 1.00 USD as of February 2026. The amount may fluctuate as it is presently held by Israeli counsel in his Trust account pursuant to [ECF # 13, *See* ¶ 13].

[2] Total fees are $210,135.00. The sum of $247,959.3 includes $37,824.3 Israeli Value Added Tax ("VAT"). The Applicants' fees are denominated in USD as set forth in the retention order [ECF # 67]. Israeli Value Added Tax (VAT) is assessed in USD based on 18%.

[3] The amount of $3,677 is net of $4,925.00 advanced by U.S. counsel, AlignX Law, on behalf of the Trustee ($1,283.00 on May 22, 2024; $3,642.00 on December 22, 2024), which will be sought by AlignX law as a reimbursable expense in AlignX Law's separate fee application. See Exhibit 2of this Application for details of gross expenses incurred.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                              CASE NO. 19-11185-BKC-MAM

SANDRA LEONOR SAENZ,                                CHAPTER 7

     Debtor.

_____/

**FIRST AND FINAL FEE APPLICATION OF ITZCHAK ZECHARIA, ADVOCATE,
AND THE LAW OFFICE OF ITZCHAK ZECHARIA,
<u>AS SPECIAL ISRAELI COUNSEL TO THE CHAPTER 7 TRUSTEE</u>**

Itzchak Zecharia, Advocate, and the Law Office of Itzchak Zecharia (the "Applicants" or "Firm")[4], special Israeli counsel to the Chapter 7 Trustee, Nicole Testa Mehdipour (the "Trustee"), apply for their first and final compensation of fees for services rendered and costs incurred in this Chapter 7 case (the "Application"). This Application is filed pursuant to 11 U.S.C. §§ 328 and 330 and Rule 2016, Federal Rules of Bankruptcy Procedure, and the Applicants certify that it meets all of the requirements set forth in the guidelines incorporated in Local Rule 2016-1. The exhibits attached to this Application, pursuant to the guidelines, include:

**Exhibits 1-A and 1-B:**
Summary of Professional and Paraprofessional Time

**Exhibit 2:**
Summary of Requested Reimbursements of Expenses

**Exhibit 3:** The Applicants' complete time records, in chronological order and by activity code category, for the time period covered in this pending matter. The requested fees are itemized to the tenth of an hour.

---

[4] The Law Office of Itzchak Zecharia includes Attorney Amit Adar, and paraprofessionals Vered Israeli and Shlomi Heftzi, all of whom performed services in this matter under the direct supervision of Attorney Zecharia. Their individual time and rates are detailed in Exhibits 1-A, 1-B, and 3.

The Applicants believe that the requested fee of **$210,135.00** for **323.37 hours** worked during this first and final period is reasonable considering the twelve factors enumerated in *Norman v. Housing Authority of Montgomery,* 836 F. 2d 1292, 1299 (11th Cir. 1988) (citing *Johnson v. Georgia Highway Express, Inc.*, 488 F.2d 714 (5th Cir. 1974)),[5] as follows:

1.    **The Time and Labor Required**: The actual time records maintained by the attorneys performing services for the Trustee and the estate (the "Estate") fully document the hours expended by the Applicants in performing professional services on behalf of the Trustee. Those daily time records, however, are merely an unembellished enumeration of time devoted to the various aspects of this matter, and do not fully convey the quality, character, or importance of the services performed, nor the priority accorded to this proceeding by Applicants. The time records do reflect, however, the extensive services performed, including complex international litigation in the State of Israel spanning approximately five years, which resulted in the successful recovery of real property for the benefit of the Estate and its creditors.

A summary of the time reports and services provided are also attached hereto as Exhibits 1-A and 1-B.

The Debtor, Sandra Leonor Saenz (the "Debtor") filed her voluntary petition under Chapter 7 of Title 11 of the United States Code on January 29, 2019. Thereafter, Nicole Testa Mehdipour was appointed as Chapter 7 Trustee. On May 12, 2020, the Court entered its Order Granting Chapter 7 Trustee's (A) Application for Employment of Special Israeli Bankruptcy Counsel; and (B) Motion to Authorize the Trustee to Initiate Foreign Recognition of the Instant Bankruptcy Proceeding and the Trustee in the State of Israel Under Applicable Israeli Laws [ECF # 67], authorizing the Applicants' employment as special Israeli counsel to the Trustee pursuant to 11

---

[5] *Johnson* was made applicable to bankruptcy proceedings by *In re First Colonial Corp. of America*, 544 F.2d 1291 (5th Cir. 1977).

U.S.C. §§ 327(a), 328, and 330, at an initial hourly rate of $325.00 per hour (subsequently adjusted to $330.00 and then to $400.00 per hour, as agreed to by the Trustee in the exercise of her business judgment, and as reflected in the attached time records). Israeli Value Added Tax (VAT), currently at 18%, is applicable to services provided in Israel and is also sought, as contemplated by the retention order.[6]

The following activities represent the Applicants' key efforts undertaken in the case:

**Case Administration**

- Examined current Israeli law related to foreign insolvency proceedings, including relevant case law under the Israeli Insolvency and Economic Rehabilitation Act (2018); translated and examined the U.S. case file for use in Israeli proceedings; coordinated with the Israeli Insolvency Commissioner at the Ministry of Justice; and provided ongoing communication with the Trustee and her U.S. counsel concerning the status of the case and strategy. Final reports to Israeli court to close case was submitted.[7]

**Litigation**

- Prepared and filed an application for direct recognition of the U.S. bankruptcy proceeding in the Israeli court on July 19, 2020, and obtained recognition on November 8, 2020;

- Obtained a disposition ban order on December 10, 2020 prohibiting any transfer or encumbrance of the Property;

- Successfully defended against Ms. Donat's multiple requests for reconsideration of the disposition ban (denied January 26, 2021 and March 18, 2021, with costs imposed);

- Successfully defended against Ms. Donat's personal lawsuit against the Trustee (dismissed following hearing on December 1, 2021);

- Successfully defended against Ms. Donat's appeal of the disposition ban to the District Court (denied May 27, 2021);

---

[6] The property recovered was located in Israel, and the services provided by the professional are required to pay VAT of 18% on all fees. Therefore, the sums requested include 18% VAT.

[7] The report was submitted, and request to defer the oversight fees charged by the Israel Oversight Authority (the equivalent office to the US Trustee's Office). Counsel expects fees to be waived with no further issues. However, to the extent those fees will be assessed, counsel will advise Trustee and a determination will be made whether to remit the fees, or seek to continue to oppose them. Should additional work be required, the Applicant will submit a supplemental application.

- Conducted complex proceedings to attribute the Property to the Debtor's estate, including examination of the Debtor's mother and brother, preparation of extensive summation briefs, and four court hearings, resulting in judgment on October 23, 2023 finding the Property belonged to the Debtor's estate;

- Obtained receivership order on November 1, 2023 appointing Attorney Zecharia as receiver;

- Successfully opposed multiple stay requests (denied November 11, 2023 and conditionally December 4, 2023, conditions not met by Ms. Donat);

- Prepared and filed eviction applications; coordinated forced eviction with enforcement contractor and Israel Police on November 21, 2024;

- Successfully defended against Ms. Donat's appeal of the October 23, 2023 judgment (Appeal No. 50653-03-24), including opposition to multiple stay requests, requests for bond exemption, and deadline extensions, resulting in dismissal of the appeal on October 7, 2024; and

- Handled post-eviction proceedings including obtaining court authorization to dispose of personal property left in the Property.

**Asset Recovery**

- Investigated and identified the Property as an asset of the bankruptcy estate through analysis of financial records and examination of the Debtor's family members; and

- Obtained judgment attributing the Property to the Debtor's estate, resulting in recovery of an asset with a gross sale price of 2,310,000 NIS (approximately $612,732.00 based on the exchange rate at the time the sale motion was filed[8]) for the benefit of creditors.

**Asset Disposition**

- Engaged appraiser and coordinated retention of Israeli tax attorney;

- Prepared and published advertisements, prepared tender documents, and showed the Property to multiple interested parties on multiple occasions in Jerusalem;

---

[8] All references to United States dollar equivalents of Israeli New Shekel ("NIS") amounts in this Application are approximations based on the USD/NIS exchange rate as of the date indicated, and are provided for informational purposes only. The net sale proceeds and all funds recovered through the Israeli proceedings are held in NIS in the Applicant's trust account at Bank Leumi Israel. The actual USD value of such funds will depend on the USD/NIS exchange rate at the time of conversion and repatriation to the United States. Exchange rates have fluctuated significantly during the pendency of this case, and the ultimate dollar value received by the Estate may be higher or lower than the approximate figures stated herein.

- Conducted competitive bidding process on January 1, 2025, resulting in winning bid of 2,310,000 NIS;[9]

- Coordinated with U.S. counsel for filing of sale motion [ECF # 110] and obtained U.S. court approval [ECF # 115];

- Obtained Israeli court approval of the sale on June 16, 2025;

- Coordinated closing with purchaser, mortgage lender, secured creditor, Jerusalem Municipality, and Israeli Tax Authority;

- Received full payment and obtained sale order from the Israeli court on December 5, 2025 directing title transfer. The existing mortgage of approximately 644,518.33 NIS was satisfied from gross proceeds;[10] and

- Maintaining net sale proceeds in NIS in the Applicant's trust account at Bank Leumi Israel as authorized by this Court.

All issues were resolved, and the Applicants are proud of the results in this case. Through the Applicants' persistent efforts over nearly five years, the Trustee was able to recover real property with a gross sale price of 2,310,000 NIS for the benefit of the Estate's creditors, overcoming significant legal obstacles including contested foreign recognition proceedings, years of contentious litigation, forced eviction, an appeal's, and the successful marketing and sale of the Property. The Applicants note that while the appointment as receiver under Israeli law could have entitled the Applicants to percentage-based compensation as is customary in Israeli receivership proceedings, the Applicants continued to bill on an hourly basis as a courtesy to the Estate and consistent with the terms of the retention order approved by this Court.

---

[9] Based on the USD/NIS exchange rate of approximately 3.77 NIS to 1.00 USD as of April 8, 2025, the date referenced in the Trustee's Motion to Approve Sale [ECF # 110]. At the current approximate exchange rate of 3.1 NIS to 1.00 USD as of February 2026, the gross sale price of 2,310,000 NIS would be equivalent to approximately $752,443.00. The net proceeds available to the Estate after satisfaction of the existing mortgage and costs of sale will vary depending on the exchange rate at the time of conversion.

[10] Net sale proceeds are held in NIS in the Applicant's trust account at Bank Leumi Israel as authorized by this Court [ECF # 115]. The mortgage balance of approximately 644,518.33 NIS was satisfied from gross sale proceeds prior to deposit of net proceeds. The USD equivalent of the net proceeds will be determined at the time of conversion and repatriation.

> ***The foregoing key activities are listed for summary purposes only and are not intended to constitute a detailed description of all the time spent working on this matter. Accordingly, a review of the foregoing summary should not be a substitute for review of the complete time records included in Exhibit 3, which is attached hereto.***

2.      **The Novelty and Difficulty of the Services Rendered:** The services rendered required exceptional skill and perseverance unique to a practitioner well versed in Israeli insolvency law, international litigation, and cross-border asset recovery. The matter involved the novel application of Israeli foreign recognition laws (a first of its kind under the then newly passed amended Israeli bankruptcy law), complex proceedings to attribute and recover property held in a third party's name to the bankruptcy estate, a contested appeal, forced eviction, and the marketing and sale of real property in a foreign jurisdiction during a period of significant geopolitical instability. The Applicants assert that the instant matter required their particular experience given the complexity of the issues the Trustee was required to address across two jurisdictions.

3.      **The Skills Required to Perform the Services Properly:** Applicants were required to possess substantial legal skills and experience in the areas of Israeli insolvency law, cross-border recognition of foreign proceedings, Israeli real property law, Israeli civil litigation, enforcement and receivership law, and negotiation to perform the services and obtain the results described herein.

4.      **The Preclusion of Other Employment by the Professional Due to the Acceptance of the Case:** Applicants are not aware of any specific employment which was precluded by the acceptance of this case, despite the substantial time that was required by, and devoted to, this case over a period of nearly five years. However, had Applicants not accepted this case, the time spent on this case might have been devoted to other matters paying substantial hourly compensation on a consistent and timely basis.

5.      **The Customary Fee:** Applicants are normally compensated on an hourly basis for professional and paraprofessional time and customarily bill commercial clients monthly based on hourly rates requested in this Application. The rates charged are well within the range charged by attorneys of similar skill and reputation practicing insolvency and litigation law in Israel.

6.      **Whether the Fee is Fixed or Contingent:** As Court-approved special counsel to the Trustee, Applicants' compensation for handling this matter is entirely contingent upon, and subject to, such award as this Court may allow. Furthermore, the Applicants could have sought percentage-based compensation as is customary for receivers under Israeli law but elected to continue billing on an hourly basis as a courtesy to the Estate.

7.      **Time Limitations Imposed by the Client or Other Circumstances:** Applicants were mindful of the desires of the Trustee to administer this case expeditiously. External circumstances, including the ongoing geopolitical situation in Israel, the COVID-19 pandemic during certain periods of the case, and the obstructive tactics employed by the opposing party, imposed significant time constraints and complications throughout the engagement.

8.      **The Experience, Reputation, and Ability of the Professional:** Applicants enjoy a fine reputation in the Israeli legal community and have demonstrated their ability in the fields of Israeli insolvency law, international litigation, real property law, receivership, and asset recovery. Attorney Itzchak Zecharia is licensed and qualified to practice bankruptcy law in the State of Israel and has extensive experience in cross-border insolvency matters.

9.      **The "Undesirability" of the Case:** The instant case presented significant challenges, including the need to litigate in a foreign jurisdiction over a prolonged period, navigate complex cross-border legal issues, contend with an uncooperative opposing party, and execute a

forced eviction during a period of armed conflict in the region. Despite these challenges, the Applicants persevered and obtained an exceptional result for the Estate.

10.    **The Nature and Length of the Professional Relationship of the Client:** The Applicants have served as special Israeli counsel to the Trustee in this case since their retention was approved on May 12, 2020, *a period of approximately five and a half years*.

11.    **Awards in Similar Cases:** The amount prayed for by Applicants is not unreasonable in terms of awards in similar cases where comparable results have been obtained through the diligence and skill of counsel. The fees requested by Applicants, computed at blended rates ranging from $110.00 to $400.00 per hour for the professionals and paraprofessionals involved, comport with the economic spirit of the Bankruptcy Code.

12.    **Conclusion:** In light of the foregoing, the Applicants believe that the **$210,135.00** in fees earned in representing the Trustee in this case is reasonable. The time records attached to this Application demonstrate the work conducted by the Applicants, all of which has been directed to the investigation, prosecution, recovery, and disposition of assets for the benefit of the Estate's creditors.

WHEREFORE, Applicants respectfully request entry of an order (a) awarding final fees in the amount of **$210,135.00**; (b) awarding reimbursement of costs in the amount of **$3,677.00**; (c) awarding reimbursement of Israeli Value Added Tax (VAT) at 18% in the amount of **$37,824.3** ; and (d) granting such other relief, as the Court deems equitable and just.

**[DOCUMENT CONTINUES ON NEXT PAGE]**

Dated: March 9, 2026

**LAW OFFICE OF ITZCHAK ZECHARIA**
Special Israeli Counsel to the Trustee
HaArba'ah Towers (Northern Tower)
Floor 23, 28 HaArba'a Street
Tel Aviv, Israel 6473926

By:_____/s/_____
     ITZCHAK ZECHARIA, ADVOCATE
     Israel Bar No. 59665
     itzchak.zec@gmail.com

Submitted by:

Ido J. Alexander, Esq.
**ALIGNX LAW**
Counsel to the Trustee
12555 Orange Drive, Suite 4159
Davie, Florida 33330
Telephone: (954) 686-7399

By:_____/s/_____
     IDO J. ALEXANDER, ESQ.
     Florida Bar No. 51892
     ija@AlignXLaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing was served on March 9, 2026, to all parties on the list to receive e-mail notice/service for this case, via the Notice of Electronic Filing (which is incorporated herein by reference).

By:_____/s/_____
     Ido J. Alexander

**CERTIFICATION**

1.      I, Itzchak Zecharia, have been designated by the Law Office of Itzchak Zecharia (the "Applicants") as the professional with responsibility in this case for compliance with the Guidelines for Fee Applications for Professionals in the Southern District of Florida in Bankruptcy Cases (the "Guidelines").

2.      I have read the Applicants' application for compensation and reimbursement of expenses (the "Application"). The Application complies with the Guidelines, and the fees and expenses sought fall within the Guidelines, except as specifically noted in this certification and described in the Application.

3.      The fees and expenses sought are billed at reasonable rates and in accordance with practices customarily employed by the Applicants and generally accepted by the Applicants' clients.

4.      In seeking reimbursement for the expenditures reflected in Exhibit 2, the Applicants are seeking reimbursement only for the actual expenditure and have not marked up the actual cost to provide a profit or to recover the amortized cost of investment in staff time or equipment or capital outlay.

5.      In seeking reimbursement for any services provided by a third party, the Applicants are seeking reimbursement only for the amount actually paid by the Applicants to the third party.

6.      The following are the variances with the provisions of the Guidelines, the date of each court order approving the variance, and the justification for the variance:

The original retention order [ECF # 67] approved compensation at the rate of $325.00 per hour. The rate was subsequently adjusted to $330.00 per hour and thereafter to $400.00 per hour, as agreed to by the Trustee in the exercise of her business judgment, given the protracted nature

and complexity of the engagement, and consistent with reasonable rates for Israeli attorneys of comparable skill and experience. The Applicants respectfully request that this Court approve the adjusted rates.

Dated: March 6, 2026

By:_____/s/_____
ITZCHAK ZECHARIA, ADVOCATE
Israel Bar No. 59665

## EXHIBIT 1

### Exhibit 1-A

| Attorney / Rate | Hours | Amount ($) |
|---|---|---|
| **Itzchak Zecharia** | **97.8** | **$ 34,608.00** |
| $ 330.00 | 65.8 | $ 21,808.00 |
| $ 400.00 | 32.0 | $ 12,800.00 |
| **Amit Adar** | **488.5** | **$ 171,306.61** |
| $ 330.00 | 342.5 | $ 113,121.61 |
| $ 400.00 | 146.0 | $ 58,185.00 |
| **Vered Israeli (Paraprofessional)** | **33.9** | **$ 3,995.00** |
| $ 110.00 | 27.0 | $ 2,970.00 |
| $ 150.00 | 6.9 | $ 1,025.00 |
| **Shlomi Heftzi (Paraprofessional)** | **1.5** | **$ 225.00** |
| $ 150.00 | 1.5 | $ 225.00 |
| **Grand Total** | **621.7** | **$ 210,134.61** |

**Exhibit 1-B**

| Code / Attorney / Rate | Hours | Amount ($) |
|---|---|---|
| **Asset Disposition** | **113.3** | **$ 44,927.50** |
| **Amit Adar** | **99.5** | **$ 39,567.50** |
| $ 330.00 | 4.2 | $ 1,402.50 |
| $ 400.00 | 95.3 | $ 38,165.00 |
| **Itzchak Zecharia** | **13.8** | **$ 5,360.00** |
| $ 330.00 | 2.0 | $ 660.00 |
| $ 400.00 | 11.8 | $ 4,700.00 |
| **Asset Recovery** | **27.5** | **$ 3,795.00** |
| **Amit Adar** | **3.5** | **$ 1,155.00** |
| $ 330.00 | 3.5 | $ 1,155.00 |
| **Vered Israeli** | **24.0** | **$ 2,640.00** |
| $ 110.00 | 24.0 | $ 2,640.00 |
| **Case Administration** | **2.9** | **$ 1,033.50** |
| **Amit Adar** | **2.3** | **$ 812.50** |
| $ 330.00 | 1.3 | $ 412.50 |
| $ 400.00 | 1.0 | $ 400.00 |
| **Itzchak Zecharia** | **0.6** | **$ 221.00** |
| $ 330.00 | 0.4 | $ 121.00 |
| $ 400.00 | 0.2 | $ 100.00 |
| **Litigation** | **478.0** | **$ 160,378.61** |
| **Amit Adar** | **383.2** | **$ 129,771.61** |
| $ 330.00 | 333.5 | $ 110,151.61 |
| $ 400.00 | 49.7 | $ 19,620.00 |
| **Itzchak Zecharia** | **83.4** | **$ 29,027.00** |
| $ 330.00 | 63.4 | $ 21,027.00 |
| $ 400.00 | 20.0 | $ 8,000.00 |
| **Shlomi Heftzi** | **1.5** | **$ 225.00** |
| $ 150.00 | 1.5 | $ 225.00 |
| **Vered Israeli** | **9.9** | **$ 1,355.00** |
| $ 110.00 | 3.0 | $ 330.00 |
| $ 150.00 | 6.9 | $ 1,025.00 |
| **Grand Total** | **621.7** | **$ 210,134.61** |

## EXHIBIT 2

### Reimbursement of Expenses for this Time Period Only
*(All amounts incurred in Israeli New Shekels; USD equivalents at 3.10 NIS/USD)*

|  | NIS | USD |
|---|---|---|
| 1.  Filing Fees | 659.00 | $212.58 |
| 2.  Process Service Fees | 1,545.00 | $498.39 |
| 3.  Witness Fees | -0- | -0- |
| 4.  Court Reporter Fees | -0- | -0- |
| 5.  Lien and Title Searches | -0- | -0- |
| 6.  Photocopies | -0- | -0- |
| 7.  Postage | -0- | -0- |
| 8.  Overnight Delivery Charges | -0- | -0- |
| 9.  Outside Courier/Delivery Charges | -0- | -0- |
| 10. Long Distance Telephone Charges | -0- | -0- |
| 11. Long Distance Facsimile Transmissions | -0- | -0- |
| 12. Computerized Research | -0- | -0- |
| 13. Out-of-Southern-District-of-Florida Travel | -0- | -0- |
| 14. Advertising/Publication Costs | 1,053.00 | $339.68 |
| 15. Eviction/Enforcement Costs | 20,627.00 | $6,653.87 |
|     (Eviction contractor: 18,018 NIS; |  |  |
|      Police services: 1,609 NIS; |  |  |
|      Enforcement office fees: 1,000 NIS) |  |  |
| 16. Storage Costs | -0- | -0- |
| 17. Insurance Premiums (Property) | 1,598.00 | $515.48 |
| 18. Other Permissible Expenses | 2,132.00 | $687.74 |
|     (Municipal Property Tax / Arnona) |  |  |
|  |  |  |
| **Gross Expenses Incurred:** | **27,614.00** | **$8,907.74** |
|  |  |  |
| Less: Amounts Advanced by U.S. Counsel | (16,215.26) | ($4,925.00) |
|     ($1,283.00 on 5/22/2024 at 3.64 NIS/USD; |  |  |
|     $3,642.00 on 12/22/2024 at 3.17 NIS/USD) |  |  |
|  |  |  |
| **Net Expense Reimbursement Requested:** | **11,398.74** | **$3,677.00** |

**EXHIBIT 3**
**(Detailed Time Records)**

| Date | Hours | Code | Description | Rate ($) | Amount ($) | Professional |
|---|---|---|---|---|---|---|
| 5/31/2020 | 3.5 | LT | Examination of current law in Israel related to a foreign procedure, including relevant case law. | $330.00 | $1,155.00 | Amit Adar |
| 6/1/2020 | 2.0 | LT | Translation and examination the case. | $330.00 | $660.00 | Amit Adar |
| 6/10/2020 | 8.5 | LT | Preparing an application to be submitted to the Israeli court for direct recognition of the foreign procedure. | $330.00 | $2,805.00 | Amit Adar |
| 6/11/2020 | 2.0 | LT | [No description] | $330.00 | $660.00 | Amit Adar |
| 6/10/2020 | 0.3 | LT | [No description] | $330.00 | $99.00 | Itzchak Zecharia |
| 6/21/2020 | 0.2 | LT | Final adjustments of the application including preparation of copies as required by both the Israeli court and the insolvency commissioner of the Ministry of Justice. | $330.00 | $82.50 | Amit Adar |
| 6/22/2020 | 0.2 | AD | Phone calls with the Israeli court secretary in Jerusalem regarding the form of registration of the application. | $330.00 | $82.50 | Amit Adar |
| 6/22/2020 | 0.2 | CA | Conference call with Ido Alexander. | $330.00 | $66.00 | Itzchak Zecharia |
| 6/22/2020 | 0.5 | AD | Phone calls with the Israeli court secretary in Jerusalem regarding the form of registration of the application. | $330.00 | $165.00 | Amit Adar |
| 7/19/2020 | 0.2 | LT | [No description] | $330.00 | $82.50 | Amit Adar |
| 7/30/2020 | 0.5 | LT | Preparing request for access to the court's online system. Preparing an application for  decision to be submitted to the Israeli court. | $330.00 | $148.50 | Amit Adar |
| 8/5/2020 | 0.2 | LT | Delivery of the court decision to the parties | $330.00 | $55.11 | Amit Adar |
| 8/10/2020 | 0.2 | LT | Preparing an application to the court for an extension | $330.00 | $82.50 | Amit Adar |
| 8/16/2020 | 0.2 | LT | Request for access to the courts' Internet system | $330.00 | $55.00 | Amit Adar |
| 8/16/2020 | 0.2 | LT | Update of the court regarding the delivery of the court's decision to the parties | $330.00 | $55.00 | Amit Adar |
| 8/19/2020 | 0.2 | LT | Delivery of the debtor's response to the Israeli court | $330.00 | $55.00 | Amit Adar |
| 8/19/2020 | 0.5 | LT | Email's exchange with the debtor's representative attorney | $330.00 | $165.00 | Itzchak Zecharia |
| 9/3/2020 | 1.2 | LT | Preparation of an answer to the debtor's response | $330.00 | $412.50 | Amit Adar |
| 9/3/2020 | 0.3 | LT | Preparation of an answer to the debtor's response | $330.00 | $110.00 | Itzchak Zecharia |
| 9/7/2020 | 0.5 | LT | Update an answer to the debtor's response | $330.00 | $165.00 | Amit Adar |
| 9/8/2020 | 0.4 | LT | Proceedings with the appropriate department in the Ministry of Justice regarding the online invention of the application | $330.00 | $137.50 | Amit Adar |
| 9/8/2020 | 0.2 | LT | Reading documents | $330.00 | $55.00 | Itzchak Zecharia |
| 9/15/2020 | 1.1 | LT | Handling the case, a phone call with the debtor's representative attorney | $330.00 | $357.50 | Itzchak Zecharia |
| 10/21/2020 | 0.2 | LT | Apply to the court secretariat regarding a decision in the case | $330.00 | $82.50 | Amit Adar |
| 11/4/2020 | 0.3 | LT | Applying to a court for a decision | $330.00 | $110.00 | Amit Adar |
| 11/8/2020 | 0.2 | LT | Reading a decision and coordinating a conversation | $330.00 | $82.50 | Itzchak Zecharia |
| 11/8/2020 | 0.2 | LT | Studying a court decision | $330.00 | $55.00 | Amit Adar |
| 11/9/2020 | 0.8 | CA | Conference call | $330.00 | $247.50 | Amit Adar |
| 11/17/2020 | 0.5 | CA | Conference call with Ido Alexander. | $330.00 | $165.00 | Amit Adar |
| 11/22/2020 | 24.0 | AR | Studying a case | $110.00 | $2,640.00 | Vered Israeli |
| 12/3/2020 | 1.0 | AR | Studying a case | $330.00 | $330.00 | Amit Adar |
| 12/6/2020 | 2.5 | AR | Studying a case | $330.00 | $825.00 | Amit Adar |

| 12/7/2020 | 3.5 | LT | Writing a court application and preparing attachments | $330.00 | $1,155.00 | Amit Adar |
|---|---|---|---|---|---|---|
| 12/7/2020 | 3.0 | LT | Writing a court application and preparing attachments | $110.00 | $330.00 | Vered Israeli |
| 12/8/2020 | 0.5 | LT | Writing a court application and preparing attachments | $330.00 | $165.00 | Amit Adar |
| 12/8/2020 | 0.5 | LT | Review of a request to the court | $330.00 | $165.00 | Itzchak Zecharia |
| 12/9/2020 | 0.2 | LT | Amendment of the application before filing in court | $330.00 | $82.50 | Amit Adar |
| 12/31/2020 | 0.2 | LT | Writing an invitation for inquiry | $330.00 | $82.50 | Amit Adar |
| 12/31/2020 | 0.2 | LT | Writing an invitation for inquiry (תיקוני ניסוח?) | $330.00 | $82.50 | Itzchak Zecharia |
| 1/5/2020 | 1.0 | LT | A search of the case law in the old and new law concerning third-party summonses | $330.00 | $330.00 | Amit Adar |
| 1/5/2020 | 0.2 | CA | Routine handling of the case | $330.00 | $55.00 | Itzchak Zecharia |
| 1/6/2020 | 0.5 | LT | Conversation with the respondent counsel on an agreed request to change the date The court hearing | $330.00 | $165.00 | Amit Adar |
| 1/11/2021 | 0.3 | LT | Writing and submitting a notice on behalf of the trustee to the court | $330.00 | $110.00 | Amit Adar |
| 1/13/2021 | 0.2 | LT | Studying the response of the requesting attorney | $330.00 | $82.50 | Itzchak Zecharia |
| 1/13/2021 | 3.0 | LT | Studying the response of the requesting attorney | $330.00 | $990.00 | Amit Adar |
| 1/14/2021 | 2.0 | LT | Preparing the response of the trustee to the court | $330.00 | $660.00 | Amit Adar |
| 1/17/2021 | 0.1 | LT | Absorption of a decision from a court and transfer to the other party | $330.00 | $27.50 | Amit Adar |
| 1/20/2021 | 0.5 | LT | Study decision + Editing and submitting an application to the court+Invention for the parties | $330.00 | $165.00 | Amit Adar |
| 1/20/2021 | 0.2 | LT | Study decision + Editing and submitting an application to the court | $330.00 | $82.50 | Itzchak Zecharia |
| 1/24/2021 | 2.0 | LT | Preparing for a court hearing | $330.00 | $660.00 | Amit Adar |
| 1/24/2021 | 1.5 | LT | Preparing for a court hearing | $330.00 | $495.00 | Itzchak Zecharia |
| 1/25/2021 | 2.0 | AD | A hearing in a court in Jerusalem | $330.00 | $660.00 | Amit Adar |
| 1/25/2021 | 2.0 | AD | A hearing in a court in Jerusalem | $330.00 | $660.00 | Itzchak Zecharia |
| 1/26/2021 | 0.7 | LT | Reading a court decision & A conversation with Ido about how to promote the portfolio | $330.00 | $220.00 | Itzchak Zecharia |
| 1/26/2021 | 0.3 | LT | Study of the court decision & New summons for questioning | $330.00 | $110.00 | Amit Adar |
| 1/27/2021 | 0.2 | LT | Conversation with Ms. Susan Donat's Representative Attorney regarding her interrogation | $330.00 | $82.50 | Amit Adar |
| 2/9/2021 | 8.0 | LT | Preparation for interrogation of the debtor mother | $330.00 | $2,640.00 | Amit Adar |
| 2/9/2021 | 3.0 | LT | Assistance in preparing an investigation of the debtor mother | $150.00 | $450.00 | Vered Israeli |
| 2/10/2021 | 7.5 | LT | Preparation for interrogation and the debtor's mother's interrogation at her law firm | $330.00 | $2,475.00 | Amit Adar |
| 2/10/2021 | 4.0 | LT | The debtor's mother's interrogation at her law firm | $330.00 | $1,320.00 | Itzchak Zecharia |
| 2/11/2021 | 0.2 | LT | Legal examination | $330.00 | $82.50 | Amit Adar |
| 2/21/2021 | 0.2 | LT | Handling the transcript of the investigation | $330.00 | $82.50 | Amit Adar |
| 2/23/2021 | 1.0 | LT | Legal examination | $330.00 | $330.00 | Itzchak Zecharia |
| 2/24/2021 | 0.2 | LT | Handling the transcript of the investigation | $330.00 | $82.50 | Amit Adar |
| 2/28/2021 | 0.5 | LT | Handling the transcript of the investigation | $330.00 | $165.00 | Amit Adar |
| 3/1/2021 | 1.0 | LT | Handling the transcript of the investigation | $330.00 | $330.00 | Amit Adar |
| 3/2/2021 | 1.5 | LT | Handling the transcript of the investigation | $150.00 | $225.00 | Vered Israeli |
| 3/3/2021 | 2.0 | LT | Writing a response to court | $330.00 | $660.00 | Amit Adar |
| 3/4/2021 | 8.0 | LT | Writing a response to court | $330.00 | $2,640.00 | Amit Adar |
| 3/7/2021 | 2.0 | LT | Writing a response to court | $330.00 | $660.00 | Amit Adar |

| Date | Hours | | Description | Rate | Amount | Name |
|---|---|---|---|---|---|---|
| 3/7/2021 | 0.5 | LT | Writing a response to court | $150.00 | $75.00 | Vered Israeli |
| 3/18/2021 | 0.3 | LT | Reading a court decision and handling it afterwards | $330.00 | $110.00 | Itzchak Zecharia |
| 3/18/2021 | 0.7 | LT | Reading a court decision, issuing a letter of demand | $330.00 | $220.00 | Amit Adar |
| 3/21/2021 | 3.0 | LT | Writing a motion to dismiss the claim outright | $330.00 | $990.00 | Amit Adar |
| 3/29/2021 | 7.0 | LT | Writing a motion to dismiss the claim outright | $330.00 | $2,310.00 | Amit Adar |
| 3/29/2021 | 0.3 | LT | Preparing for a U.S. court hearing | $330.00 | $110.00 | Itzchak Zecharia |
| 4/5/2021 | 0.5 | LT | handling the a motion to dismiss the claim outright | $330.00 | $165.00 | Itzchak Zecharia |
| 4/19/2021 | 0.5 | LT | Filing a letter of defense in the court's online system | $150.00 | $75.00 | Vered Israeli |
| 4/25/2021 | 0.2 | LT | Request access to the court's online system - Appeal against disposition ban | $150.00 | $37.50 | Vered Israeli |
| 4/29/2021 | 7.0 | LT | Making a request for cancellation of a grant to the court | $330.00 | $2,310.00 | Amit Adar |
| 4/28/2021 | 2.0 | LT | Writing a response to a request for leave to appeal to a court | $330.00 | $660.00 | Amit Adar |
| 4/30/2021 | 1.0 | LT | Making a request for cancellation of a grant to the court | $330.00 | $330.00 | Itzchak Zecharia |
| 5/2/2021 | 2.0 | LT | Filing an application for stay of proceedings | $330.00 | $660.00 | Amit Adar |
| 5/4/2021 | 1.0 | LT | Dealing with mediation and invention for the parties | $330.00 | $330.00 | Amit Adar |
| 5/4/2021 | 0.5 | LT | Preparation of a document for submission to court | $150.00 | $75.00 | Vered Israeli |
| 5/9/2021 | 7.0 | LT | Editing a response to a request for leave to appeal | $330.00 | $2,310.00 | Amit Adar |
| 5/9/2021 | 4.0 | LT | Editing a response to a request for leave to appeal | $330.00 | $1,320.00 | Itzchak Zecharia |
| 5/9/2021 | 0.5 | LT | Preparation for filing a response to a request for leave to appeal | $150.00 | $37.50 | Vered Israeli |
| 5/10/2021 | 0.2 | LT | Appeal to the court secretariat to remove the case confidentiality in court | $330.00 | $82.50 | Amit Adar |
| 5/10/2021 | 0.2 | LT | Another request to the secretariat | $150.00 | $50.00 | Vered Israeli |
| 5/27/2021 | 0.3 | LT | Making a request for a decision | $330.00 | $110.00 | Amit Adar |
| 6/6/2021 | 0.3 | LT | Study Susan's response to the request for stay of proceedings and notice to the court | $330.00 | $110.00 | Amit Adar |
| 6/14/2021 | 0.3 | LT | Application for bail deposit order | $330.00 | $110.00 | Amit Adar |
| 6/15/2021 | 0.3 | LT | Study of the respondent's response | $330.00 | $110.00 | Itzchak Zecharia |
| 6/15/2021 | 0.5 | LT | Study of the respondent's response | $330.00 | $165.00 | Amit Adar |
| 7/14/2021 | 0.5 | LT | Examination of the case and request for a decision | $330.00 | $165.00 | Amit Adar |
| 8/14/2021 | 0.3 | LT | Editing and submitting a request to change the date of the hearing | $330.00 | $110.00 | Amit Adar |
| 10/10/2021 | 1.0 | LT | Preparation for preliminary discussion | $150.00 | $150.00 | Shlomi Heftzi |
| 10/14/2021 | 5.0 | LT | Preparation for discussion | $330.00 | $1,650.00 | Amit Adar |
| 10/17/2021 | 6.0 | LT | discussion | $330.00 | $1,980.00 | Amit Adar |
| 10/17/2021 | 6.0 | LT | discussion | $330.00 | $1,980.00 | Itzchak Zecharia |
| 11/10/2021 | 0.3 | LT | Handling a questionnaire for a trustee | $330.00 | $110.00 | Itzchak Zecharia |
| 11/10/2021 | 0.5 | LT | Handling a questionnaire for a trustee | $330.00 | $165.00 | Amit Adar |
| 11/12/2021 | 0.3 | LT | Conversation with the debtor's attorney | $330.00 | $110.00 | Amit Adar |
| 11/19/2021 | 0.5 | LT | Submit a list of documents | $150.00 | $75.00 | Shlomi Heftzi |
| 12/1/2021 | 6.0 | LT | Preparing and appearing for a court hearing. | $330.00 | $1,980.00 | Itzchak Zecharia |
| 12/23/2021 | 1.5 | LT | Questionnaire answers | $330.00 | $495.00 | Amit Adar |
| 1/9/2022 | 0.8 | LT | Submitting an answer to the questionnaire and handling the debtor's summons | $330.00 | $247.50 | Amit Adar |
| 1/20/2022 | 0.5 | LT | Meeting at a visual conference | $330.00 | $165.00 | Amit Adar |
| 1/20/2022 | 0.5 | LT | Meeting at a visual conference | $330.00 | $165.00 | Itzchak Zecharia |
| 2/23/2022 | 0.3 | LT | Update of the debtor in the court decision regarding his summons | $330.00 | $110.00 | Itzchak Zecharia |

| Date | Hours | | Description | Rate | Amount | Name |
|---|---|---|---|---|---|---|
| 2/23/2022 | 2.0 | LT | Response to a questionnaire and updating a Florida court decision regarding a debtor | $330.00 | $660.00 | Amit Adar |
| 2/28/2022 | 0.4 | LT | Editing and sending an answer regarding a questionnaire | $330.00 | $137.50 | Amit Adar |
| 2/28/2022 | 0.2 | LT | Editing and sending an answer regarding a questionnaire | $330.00 | $82.50 | Itzchak Zecharia |
| 3/13/2022 | 4.5 | LT | Study and examination of a protocol prior to delivery to the respondent | $330.00 | $1,485.00 | Amit Adar |
| 3/22/2022 | 3.0 | LT | Preparation for discussion and discussion | $330.00 | $990.00 | Amit Adar |
| 3/22/2022 | 1.5 | LT | Preparation for discussion and discussion | $330.00 | $495.00 | Itzchak Zecharia |
| 3/24/2022 | 1.0 | LT | Notice and request to the court | $330.00 | $330.00 | Amit Adar |
| 3/27/2022 | 0.5 | LT | Conduct in connection with mediation and discussion | $330.00 | $165.00 | Amit Adar |
| 3/27/2022 | 0.3 | LT | Conduct in connection with mediation and discussion | $330.00 | $110.00 | Itzchak Zecharia |
| 3/28/2022 | 1.0 | LT | Conduct around the issue of mediation and discussion | $330.00 | $330.00 | Amit Adar |
| 3/31/2022 | 6.0 | LT | Ongoing care and preparation for discussion | $330.00 | $1,980.00 | Amit Adar |
| 4/3/2022 | 8.0 | LT | Preparation for the hearing of evidence on 4.4.2022 | $330.00 | $2,640.00 | Amit Adar |
| 4/4/2022 | 9.0 | LT | Preparation for hearing and court hearing | $330.00 | $2,970.00 | Amit Adar |
| 04/042022 | 5.5 | LT | Preparation for hearing and court hearing | $330.00 | $1,815.00 | Itzchak Zecharia |
| 4/12/2022 | 0.2 | LT | Request for signature of protocol | $330.00 | $82.50 | Amit Adar |
| 4/13/2022 | 3.0 | LT | Reading a protocol and requesting a protocol amendment | $330.00 | $990.00 | Amit Adar |
| 4/13/2022 | 0.7 | LT | Reading a protocol and requesting a protocol amendment | $330.00 | $220.00 | Itzchak Zecharia |
| 4/17/2022 | 4.0 | LT | Summaries | $330.00 | $1,320.00 | Amit Adar |
| 4/24/2022 | 8.0 | LT | Summaries | $330.00 | $2,640.00 | Amit Adar |
| 4/25/2022 | 8.0 | LT | Summaries | $330.00 | $2,640.00 | Amit Adar |
| 4/26/2022 | 8.0 | LT | Summaries | $330.00 | $2,640.00 | Amit Adar |
| 4/27/2022 | 8.0 | LT | Summaries | $330.00 | $2,640.00 | Amit Adar |
| 4/28/2022 | 3.0 | LT | Summaries | $330.00 | $990.00 | Amit Adar |
| 5/1/2022 | 1.0 | LT | Summaries | $330.00 | $330.00 | Amit Adar |
| 5/9/2022 | 2.5 | LT | Summaries | $330.00 | $825.00 | Itzchak Zecharia |
| 5/10/2022 | 1.0 | LT | Summaries | $330.00 | $330.00 | Itzchak Zecharia |
| 6/12/2022 | 2.0 | LT | Answer summaries | $330.00 | $660.00 | Amit Adar |
| 6/14/2022 | 4.0 | LT | Answer summaries | $330.00 | $1,320.00 | Amit Adar |
| 6/15/2022 | 8.0 | LT | Answer summaries | $330.00 | $2,640.00 | Amit Adar |
| 6/16/2022 | 5.0 | LT | Answer summaries | $330.00 | $1,650.00 | Amit Adar |
| 6/19/2022 | 9.0 | LT | Answer summaries | $330.00 | $2,970.00 | Amit Adar |
| 6/20/2022 | 3.0 | LT | Answer summaries | $330.00 | $990.00 | Amit Adar |
| 6/21/2022 | 1.5 | LT | Answer summaries | $330.00 | $495.00 | Amit Adar |
| 6/22/2022 | 4.0 | LT | Answer summaries | $330.00 | $1,320.00 | Amit Adar |
| 6/22/2022 | 4.5 | LT | Answer summaries | $330.00 | $1,485.00 | Itzchak Zecharia |
| 6/22/2022 | 1.0 | LT | Answer summaries | $330.00 | $330.00 | Amit Adar |
| 11/10/2022 | 0.8 | LT | Request for a judgment in the absence of a response | $330.00 | $247.50 | Amit Adar |
| 1/15/2023 | 0.8 | LT | Request for a judgment in the absence of a response | $330.00 | $247.50 | Amit Adar |
| 5/3/2023 | 0.8 | LT | Request for a judgment | $330.00 | $248.00 | Amit Adar |
| 8/9/2023 | 0.8 | LT | Request for a judgment | $330.00 | $248.00 | Amit Adar |
| 8/9/2023 | 0.8 | LT | Request for the contact details of the Honorable Judget | $330.00 | $248.00 | Amit Adar |
| 10/10/2023 | 0.8 | LT | Update on a decision regarding the request to provide contact details with the court | $330.00 | $248.00 | Amit Adar |

| 10/10/2023 | 1.0 | LT | Studying the judgment of 23.10.23 | $330.00 | $330.00 | Itzchak Zecharia |
|---|---|---|---|---|---|---|
| 10/10/2023 | 0.8 | LT | Studying the judgment of 23.10.23 | $330.00 | $248.00 | Amit Adar |
| 10/10/2023 | 1.0 | LT | Application for the appointment of a receiver for the apartment and signing of a ruling | $330.00 | $330.00 | Amit Adar |
| 11/6/2023 | 4.0 | LT | Studying the request to delay the execution of the decision | $330.00 | $1,320.00 | Amit Adar |
| 11/7/2023 | 7.0 | LT | Response to the request for delay of execution | $330.00 | $2,310.00 | Amit Adar |
| 11/9/2023 | 4.0 | LT | Completing a response to a request for a delay of execution and submitting it | $330.00 | $1,320.00 | Amit Adar |
| 11/9/2023 | 1.0 | LT | response to a request for a delay of execution | $330.00 | $330.00 | Itzchak Zecharia |
| 11/22/2023 | 1.0 | LT | Studying another request for a delay of execution | $330.00 | $330.00 | Amit Adar |
| 11/22/2023 | 0.5 | LT | A conversation with representatives of the Insolvency Commissioner | $330.00 | $165.00 | Amit Adar |
| 11/23/2023 | 5.5 | LT | Response to another request to delay the implementation of the decision | $330.00 | $1,815.00 | Amit Adar |
| 11/23/2023 | 1.0 | LT | Response to another request to delay the implementation of the decision | $330.00 | $330.00 | Itzchak Zecharia |
| 12/4/2023 | 0.8 | LT | Studying the decision of 04.12.23 as well as dealing with the respondent in this regard | $330.00 | $248.00 | Amit Adar |
| 12/24/2023 | 2.0 | LT | Request for an eviction order | $330.00 | $660.00 | Amit Adar |
| 12/25/2023 | 0.5 | LT | Request for an eviction order | $330.00 | $165.00 | Itzchak Zecharia |
| 12/25/2023 | 0.5 | LT | Completion and submission of an eviction application | $330.00 | $165.00 | Amit Adar |
| 12/28/2023 | 0.5 | LT | Studying the request to freeze the procedure due to the state of emergency | $330.00 | $165.00 | Amit Adar |
| 1/21/2024 | 1.5 | AD | Locating, calls and arranged inquiries to receive price offers from contractors for the evacuation | $330.00 | $495.00 | Amit Adar |
| 1/18/2024 | 0.5 | LT | Conversation with Ido and inspection of evacuation procedures | $330.00 | $165.00 | Itzchak Zecharia |
| 1/21/2024 | 1.0 | LT | Request to amend an eviction order - reference to the emergency situation | $330.00 | $330.00 | Amit Adar |
| 2/11/2024 | 6.5 | LT | Response to a request to delay execution due to the state of emergency, including studying relevant case law | $330.00 | $2,145.00 | Amit Adar |
| 2/11/2024 | 1.0 | LT | Response to a request to delay execution due to the state of emergency | $330.00 | $330.00 | Itzchak Zecharia |
| 2/13/2024 | 0.2 | LT | Filing a response to a delay request | $330.00 | $82.50 | Amit Adar |
| 2/18/2024 | 1.0 | LT | Studying Suzanne's attorney's letter to the ethics committee | $330.00 | $330.00 | Itzchak Zecharia |
| 2/18/2024 | 0.5 | LT | Studying Suzanne's attorney's letter to the ethics committee | $330.00 | $165.00 | Amit Adar |
| 2/20/2024 | 1.5 | LT | A conversation with the eviction contractor, a legal review and the drafting of an eviction notice | $330.00 | $495.00 | Amit Adar |
| 2/22/2024 | 0.8 | LT | Eviction notice and opening of an enforcement case | $330.00 | $248.00 | Itzchak Zecharia |
| 3/28/2024 | 1.0 | LT | Studying a request for a delay of execution | $330.00 | $330.00 | Itzchak Zecharia |
| 3/28/2024 | 5.0 | LT | Studying the appeal, requesting a stay of execution and starting work on responses | $330.00 | $1,650.00 | Amit Adar |
| 4/1/2024 | 5.0 | LT | Work on a response to a request for delay of execution | $330.00 | $1,650.00 | Amit Adar |
| 4/2/2024 | 2.0 | LT | Work on a response to a request for delay of execution | $330.00 | $660.00 | Itzchak Zecharia |
| 4/2/2024 | 8.0 | LT | Work on a response to a request for delay of execution | $330.00 | $2,640.00 | Amit Adar |
| 4/3/2024 | 3.0 | LT | Work and submission of the response to the delay of execution request | $330.00 | $990.00 | Amit Adar |
| 4/4/2024 | 1.5 | LT | Dealing with the evacuation contractor and the police to carry out a quick evacuation | $330.00 | $495.00 | Amit Adar |
| 4/7/2024 | 4.0 | LT | Response to the request for exemption from paying a fee and depositing a guarantee | $330.00 | $1,320.00 | Amit Adar |
| 4/7/2024 | 4.0 | LT | Response to the request for exemption from paying a fee and depositing a guarantee | $330.00 | $1,320.00 | Itzchak Zecharia |

| Date | Hours | Code | Description | Rate | Amount | Name |
|---|---|---|---|---|---|---|
| 4/8/2024 | 1.5 | LT | Conversations with the legal counsel at the Israel Police as well as with the execution contractor | $330.00 | $495.00 | Amit Adar |
| 4/9/2024 | 2.5 | LT | Correction and resubmission of a response to a request for exemption from the payment of a fee and bond | $330.00 | $825.00 | Amit Adar |
| 4/9/2024 | 1.0 | LT | Review of the applicant's repeated request for delay of execution, as well as a request for immediate acceptance of the appeal | $330.00 | $330.00 | Amit Adar |
| 4/14/2024 | 7.0 | LT | Response to the request to extend the deadline for filing an appeal | $330.00 | $2,310.00 | Amit Adar |
| 4/14/2024 | 1.5 | LT | Response to the request to extend the deadline for filing an appeal | $330.00 | $495.00 | Itzchak Zecharia |
| 4/15/2024 | 1.0 | LT | Working and submitting a response to the request for an extension of time to file an appeal | $330.00 | $330.00 | Amit Adar |
| 4/21/2024 | 5.0 | LT | Response to the request for an extension of the deadline for submitting an appeal permission request | $330.00 | $1,650.00 | Amit Adar |
| 4/30/2024 | 1.5 | LT | Response to a delay request as part of a request for permission to file an appeal | $330.00 | $495.00 | Amit Adar |
| 31/04/2024 | 7.0 | LT | Response to a delay request as part of a request for permission to file an appeal | $330.00 | $2,310.00 | Amit Adar |
| 5/1/2024 | 1.0 | LT | Response to a delay request as part of a request for permission to file an appeal | $330.00 | $330.00 | Itzchak Zecharia |
| 5/2/2024 | 4.5 | LT | Editing and submitting a response to a delay request as part of a request for permission to file an appeal | $330.00 | $1,485.00 | Amit Adar |
| 5/2/2024 | 4.0 | LT | Response to a request for exemption from paying a fee and depositing a bond in a request for permission to file an appeal | $330.00 | $1,320.00 | Amit Adar |
| 5/5/2024 | 0.5 | LT | Response to a request for exemption from paying a fee and depositing a bond in a request for permission to file an appeal | $330.00 | $165.00 | Itzchak Zecharia |
| 5/5/2024 | 2.5 | LT | Response to a request for exemption from paying a fee and depositing a bond in a request for permission to file an appeal | $330.00 | $825.00 | Amit Adar |
| 6/6/2024 | 4.0 | LT | Request for a decision - procedure for requesting permission to appeal | $400.00 | $1,320.00 | Amit Adar |
| 6/23/2024 | 8.5 | LT | Response to appeal | $400.00 | $3,400.00 | Amit Adar |
| 6/24/2024 | 7.0 | LT | Response to appeal | $400.00 | $2,800.00 | Itzchak Zecharia |
| 6/25/2024 | 7.0 | LT | Response to appeal | $400.00 | $2,800.00 | Amit Adar |
| 6/25/2024 | 8.5 | LT | Response to appeal | $400.00 | $3,400.00 | Amit Adar |
| 6/26/2024 | 8.0 | LT | Completion of a response to the appeal including submission | $400.00 | $3,200.00 | Itzchak Zecharia |
| 10/8/2024 | 2.5 | AD | Studying the ruling rejecting the appeal includes a phone call with Tzachi regarding the promotion of eviction and the sale of the property | $400.00 | $1,000.00 | Itzchak Zecharia |
| 10/8/2024 | 1.5 | AD | Studying the ruling rejecting the appeal includes a phone call with Amit regarding the promotion of eviction and the sale of the property | $400.00 | $600.00 | Amit Adar |
| 10/8/2024 | 1.0 | LT | A phone call with contractors including reducing the need for payment in case of canceling the evacuation | $400.00 | $400.00 | Amit Adar |
| 10/8/2024 | 1.0 | LT | Drafting an eviction letter, a letter to the Israel Police and a letter to the contractor | $400.00 | $400.00 | Amit Adar |
| 10/8/2024 | 1.0 | LT | Issuance of all the relevant material in favor of the evacuation, including the signature of a true copy of the original | $400.00 | $400.00 | Amit Adar |
| 10/8/2024 | 1.5 | LT | A report to the court regarding the progress of the proceedings | $400.00 | $600.00 | Amit Adar |
| 10/22/2024 | 1.0 | LT | Summary of expenses and clarification of forced evacuation costs | $400.00 | $400.00 | Itzchak Zecharia |
| 10/27/2024 | 3.0 | LT | Work on a request for rent payment liability | $400.00 | $1,200.00 | Amit Adar |
| 11/19/2024 | 4.0 | LT | Visit to the apartment in Ramot in preparation for eviction | $400.00 | $1,600.00 | Amit Adar |

| 11/21/2024 | 3.0 | LT | Dealing with the police, the evacuation contractor, the warehouseman and the movers on the evacuation day | $400.00 | $1,200.00 | Amit Adar |
|---|---|---|---|---|---|---|
| 11/21/2024 | 0.5 | LT | Taking care of the insurance of the apartment | $400.00 | $200.00 | Itzchak Zecharia |
| 11/27/2024 | 3.5 | AD | A report on the completion of the evacuation and a request for approval to destroy the evacuated equipment, advertising and promotion of the sale | $400.00 | $1,400.00 | Amit Adar |
| 11/27/2024 | 0.5 | LT | Work on the report and request | $400.00 | $200.00 | Itzchak Zecharia |
| 11/28/2024 | 1.0 | LT | Completion of report and application including submission | $400.00 | $400.00 | Amit Adar |
| 11/28/2024 | 2.0 | AD | A conversation with the real estate appraiser, transfer of materials and a meeting to hand over a key | $400.00 | $800.00 | Amit Adar |
| 12/3/2024 | 1.0 | LT | Preparing a press ad | $400.00 | $400.00 | Amit Adar |
| 12/9/2024 | 0.5 | AD | Closing the ad for publication includes contacting advertisers and confirming the publication | $400.00 | $200.00 | Amit Adar |
| 12/10/2024 | 4.0 | AD | Work on the tender documents | $400.00 | $1,600.00 | Amit Adar |
| 12/10/2024 | 4.0 | AD | Phone calls, correspondence and transfer of materials to interested parties following the publication of the ads | $400.00 | $1,600.00 | Amit Adar |
| 12/11/2024 | 1.0 | AD | Phone calls and response to those interested following the publication of the ads | $400.00 | $400.00 | Amit Adar |
| 12/11/2024 | 0.5 | AD | A conversation with the tax advisor regarding the manner of reporting and completing registration | $400.00 | $200.00 | Itzchak Zecharia |
| 12/11/2024 | 0.5 | AD | A conversation with the tax advisor regarding the manner of reporting and completing registration | $400.00 | $200.00 | Amit Adar |
| 12/12/2024 | 6.0 | AD | Traveling to Jerusalem - showing the property to various interested parties | $400.00 | $2,400.00 | Amit Adar |
| 12/12/2024 | 1.0 | AD | Dealing with the mortgage company including drafting and sending a letter | $400.00 | $400.00 | Amit Adar |
| 12/15/2024 | 2.0 | AD | Dealing with various interested parties including coordinating a centralized visit to the property | $400.00 | $800.00 | Amit Adar |
| 12/15/2024 | 6.5 | AD | Traveling to Jerusalem - showing the property to various interested parties | $400.00 | $2,600.00 | Amit Adar |
| 12/18/2024 | 1.5 | AD | Dealing with interested parties, transferring documents, providing information and coordinating a visit date | $400.00 | $600.00 | Amit Adar |
| 12/19/2024 | 6.0 | AD | Traveling to Jerusalem - showing the property to various interested parties | $400.00 | $2,400.00 | Amit Adar |
| 12/19/2024 | 0.5 | AD | Dealing with the Jerusalem Municipality regarding an empty property as well as an email to Donat's attorney | $400.00 | $200.00 | Amit Adar |
| 12/23/2024 | 3.5 | AD | Traveling to Jerusalem - showing the property | $400.00 | $1,400.00 | Amit Adar |
| 12/26/2024 | 0.5 | AD | Dealings with prospective bidders. | $400.00 | $200.00 | Itzchak Zecharia |
| 12/26/2024 | 3.5 | AD | Preparation of bidding protocol; meetings with bidders and receipt of offers. | $400.00 | $1,400.00 | Amit Adar |
| 1/1/2025 | 2.5 | AD | Conducting bidding process and dealings with interested parties and winning bidder. | $400.00 | $1,000.00 | Amit Adar |
| 1/1/2025 | 1.5 | AD | Conducting bidding process and dealings with interested parties and winning bidder. | $400.00 | $600.00 | Itzchak Zecharia |
| 1/12/2025 | 2.0 | AD | Meeting with purchaser regarding completion of sale process including execution of documents. | $400.00 | $800.00 | Amit Adar |
| 1/30/2025 | 1.0 | AD | Coordinating with Clal Insurance Company including calls with attorney Molkandov on behalf of Clal. | $400.00 | $400.00 | Amit Adar |
| 2/16/2025 | 0.5 | AD | Call with purchaser regarding delays in sale process; purchaser considered withdrawing. | $400.00 | $200.00 | Amit Adar |
| 2/16/2025 | 1.5 | LT | Examination of the loan structure taken by Ms. Donat. | $400.00 | $600.00 | Amit Adar |

| 2/17/2025 | 2.0 | AD | Update from Trustee regarding bidding results and awaiting U.S. court decision. | $400.00 | $800.00 | Amit Adar |
|---|---|---|---|---|---|---|
| 2/17/2025 | 0.2 | CA | Update from Trustee. | $400.00 | $100.00 | Itzchak Zecharia |
| 2/17/2025 | 0.2 | LT | Filing update with the court. | $400.00 | $100.00 | Amit Adar |
| 3/3/2025 | 0.5 | AD | Call with purchaser regarding delays in completing the sale. | $400.00 | $200.00 | Amit Adar |
| 3/31/2025 | 0.2 | AD | Additional call with purchaser. | $400.00 | $100.00 | Amit Adar |
| 4/23/2025 | 1.0 | AD | Reviewing secured creditor's application. | $400.00 | $400.00 | Amit Adar |
| 4/27/2025 | 3.0 | AD | Drafting application for approval of sale. | $400.00 | $1,200.00 | Amit Adar |
| 4/28/2025 | 0.5 | AD | Work on application for approval of sale agreement. | $400.00 | $200.00 | Itzchak Zecharia |
| 4/28/2025 | 1.5 | AD | Dealings with secured creditor including reaching agreements and filing consensual sale approval application. | $400.00 | $600.00 | Amit Adar |
| 4/28/2025 | 1.0 | AD | Opening trust account. | $400.00 | $400.00 | Itzchak Zecharia |
| 5/13/2025 | 0.3 | AD | Drafting and filing application for ruling on sale approval application. | $400.00 | $133.00 | Amit Adar |
| 5/13/2025 | 0.5 | AD | Actions to open trust account. | $400.00 | $200.00 | Itzchak Zecharia |
| 5/28/2025 | 0.5 | AD | Call with purchaser; reassurance and explanation of delays. | $400.00 | $200.00 | Amit Adar |
| 6/3/2025 | 0.3 | AD | Additional call with purchaser; clarification that we are awaiting decision and commitment to file additional application. | $400.00 | $133.00 | Amit Adar |
| 6/4/2025 | 0.5 | LT | Additional application for ruling, including filing. | $400.00 | $200.00 | Amit Adar |
| 6/17/2025 | 0.3 | AD | Updating purchaser on court decision, its implications, and handling execution and delivery of sale agreement. | $400.00 | $133.00 | Amit Adar |
| 6/29/2025 | 0.5 | AD | Call and correspondence with purchaser's mortgage advisor. | $400.00 | $200.00 | Amit Adar |
| 6/30/2025 | 0.8 | AD | Zoom call with Attorney Avishai regarding reporting requirements and tax implications. | $400.00 | $300.00 | Amit Adar |
| 6/30/2025 | 0.8 | AD | Zoom call with Attorney Avishai regarding reporting requirements and tax implications. | $400.00 | $300.00 | Itzchak Zecharia |
| 6/30/2025 | 0.5 | AD | Call with Ido and Avishai in preparation for Thursday meeting. | $400.00 | $200.00 | Itzchak Zecharia |
| 7/3/2025 | 0.8 | AD | Zoom call with Ido, Avishai, and Amit regarding reporting and tax issues. | $400.00 | $300.00 | Itzchak Zecharia |
| 7/3/2025 | 0.8 | AD | Zoom call with Ido, Avishai, and Tzahi regarding reporting and tax issues. | $400.00 | $300.00 | Amit Adar |
| 7/14/2025 | 0.3 | AD | Correspondence and locating materials for Avishai; mother's 2018 agreement. | $400.00 | $133.00 | Amit Adar |
| 7/20/2025 | 1.0 | AD | Deposit of bank check to trust account opened by Tzahi. | $400.00 | $400.00 | Amit Adar |
| 7/24/2025 | 0.5 | AD | Tzahi's handling of mortgage documents requiring his signature. | $400.00 | $200.00 | Itzchak Zecharia |
| 7/30/2025 | 0.5 | AD | Dealings with secured creditor and purchaser's mortgage advisor. | $400.00 | $200.00 | Amit Adar |
| 8/10/2025 | 1.5 | AD | Application and filing with court regarding registration of notation in favor of purchaser notwithstanding Clal's mortgage. | $400.00 | $600.00 | Amit Adar |
| 9/8/2025 | 1.0 | AD | Tzahi's comprehensive handling of property registration matters. | $400.00 | $400.00 | Itzchak Zecharia |
| 9/17/2025 | 2.0 | LT | Report and additional application; clarification regarding rights registered in name of Debtor's mother. | $400.00 | $800.00 | Amit Adar |
| 9/30/2025 | 1.0 | LT | Application for ruling, including filing. | $400.00 | $400.00 | Amit Adar |
| 9/30/2025 | 1.5 | AD | Letter confirming transaction at bank's request; dealings with purchaser and her representatives. | $400.00 | $600.00 | Amit Adar |
| 11/23/2025 | 3.0 | AD | Dealings with Jerusalem Municipality regarding title registration clearance, debt settlement, and betterment levy. | $400.00 | $1,200.00 | Amit Adar |
| 11/24/2025 | 1.0 | AD | Completion of municipal clearance for title registration, including betterment levy. | $400.00 | $400.00 | Amit Adar |

| 11/26/2025 | 5.5 | AD | Handing over apartment to purchaser; physical presence at apartment in Jerusalem. | $400.00 | $2,200.00 | Amit Adar |
| 12/4/2025 | 2.0 | AD | Report to court and application for execution of sale order, including filing. | $400.00 | $800.00 | Amit Adar |
| 12/23/2025 | 1.0 | AD | Dealings with purchaser including demand letter for completion of registration. | $400.00 | $400.00 | Amit Adar |
| 12/28/2025 | 2.0 | AD | Preparation of report on completion of realization actions; report not yet filed. | $400.00 | $800.00 | Amit Adar |
| 12/31/2025 | 1.0 | CA | Summary of key actions in the case. | $400.00 | $400.00 | Amit Adar |
| 12/31/2025 | 0.3 | AD | Handling postponement of property title transfer to purchaser. | $400.00 | $133.00 | Amit Adar |
| 2/4/2026 | 2.0 | AD | Coordinating with purchaser's counsel and land registry regarding completion of registration. | $400.00 | $800.00 | Amit Adar |
| 2/8/2026 | 4.0 | AD | Legal inquiry regarding requirement to pay supervision fee. | $400.00 | $1,600.00 | Amit Adar |
| 2/9/2026 | 3.0 | AD | Final report and application for transfer of funds to U.S. proceeding. | $400.00 | $1,200.00 | Amit Adar |
| 2/9/2026 | 2.0 | LT | Tzahi's actions with Enforcement Office; summary. | $400.00 | $800.00 | Itzchak Zecharia |
| 2/9/2026 | 1.0 | LT | Tzahi's actions; comprehensive. | $400.00 | $400.00 | Itzchak Zecharia |
| 2/10/2026 | 1.0 | AD | Tzahi's work on final report including supervision fee issue. | $400.00 | $400.00 | Itzchak Zecharia |
| 2/11/2026 | 1.0 | AD | Update on supervision fee issue to Commissioner at Tzahi's request. | $400.00 | $400.00 | Amit Adar |
| 2/21/2026 | 0.2 | AD | Tzahi's work on final report. | $400.00 | $100.00 | Itzchak Zecharia |
| 2/22/2026 | 0.5 | AD | Proofreading and filing of final report. | $400.00 | $200.00 | Amit Adar |
| | | | | **Total** | **$210,134.61** | |
| | | | | **Hrs** | **621.7** | |
| | | | | **Blended Rate** | **$338.00** | |