

**ORDERED in the Southern District of Florida on March 12, 2026.**

**Mindy A. Mora, Judge**
**United States Bankruptcy Court**

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
WEST PALM BEACH DIVISION
www.flsb.uscourts.gov

IN RE:                                          CASE NO. 19-11185-BKC-MAM

SANDRA LEONOR SAENZ,                            CHAPTER 7

    Debtor.
_____/

**ORDER GRANTING TRUSTEE'S EX PARTE MOTION TO SCHEDULE HEARING
ON FIRST AND FINAL FEE APPLICATION OF SPECIAL ISRAELI COUNSEL
ON OR BEFORE APRIL 15, 2026**

THIS MATTER came before the Court upon the *Trustee's Ex Parte Motion to Schedule*

*Hearing on First and Final Fee Application of Special Israeli Counsel* [ECF # 119], and the Court

having reviewed the Motion and being otherwise fully advised in the matter, it is hereby --

**ORDERED** that

1.      The Motion is **GRANTED**.

2.      The Court shall conduct a hearing on the *First and Final Fee Application of Itzchak Zecharia, Advocate, and the Law Office of Itzchak Zecharia* [ECF # 118] in this case on **April 14, 2026, at 10:00 a.m**.  The hearing will take place at the United States Bankruptcy Court located at 1515 N. Flagler Drive, Courtroom A, Room 801, West Palm Beach FL 33401. Although the Court will conduct the hearing in person, any interested party may choose to attend the hearing remotely using the services of Zoom Video Communications, Inc. ("Zoom"), which permits remote participation by video or by telephone. To participate in the hearing remotely via Zoom (whether by video or by telephone), you must register in advance no later than 3:00 p.m., one business day before the date of the hearing. To register, click on or enter the following registration link in a browser: https://www.zoomgov.com/meeting/register/vJItdumqrzstGdoBW4nz6tq3IJmn8ydPxj4 If a party is unable to register online, please contact Maria Romaguera, Courtroom Deputy, at 561-514-4109 or email Maria_Romaguera@flsb.uscourts.gov.  All participants, whether attending in person or remotely, must observe the formalities of the courtroom, exercise civility, and otherwise conduct themselves in a manner consistent with the dignity of the Court. This includes appropriate courtroom attire for those participants appearing in person or by video.

###

Submitted by:

Ido J. Alexander, Esq.
AlignX Law
Counsel to the Trustee
12555 Orange Drive, Suite 4159
Davie, Florida 33330
Telephone: (954) 686-7399

(Attorney ALEXANDER shall serve a copy of the signed order on all interested parties and counsel and file with the court a certificate of service conforming with Local Rule 2002-1(F).)